CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 27 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDREW MAURICE WILLIAMS, ) | Criminal Case No. 7:10cr00073 |
| ) | |
| Petitioner, ) | |
| ) | **2255 FINAL ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | **By: Samuel G. Wilson** |
| Respondent. ) | **United States District Judge** |

In accordance with the court's memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that Williams' motion pursuant to 28 U.S.C. § 2255 is **DISMISSED**, and the case is **STRICKEN** from the court's active docket. Further, finding that Williams has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

**ENTER**: November 27, 2012.

UNITED STATES DISTRICT JUDGE